IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | 7:12CV5002 |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 72) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 8th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge